AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 2:19MJ0548 | Date and time warrant executed: <br> 02/20/2019 @ 0600 HRS | Copy of warrant and inventory left with: <br> LISA OCHOA |

Inventory made in the presence of:
S/A JAMES SANDERS

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

SEE ATTACHED INVENTORY ON ATF RECEIPT FOR PROPERTY

Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 02/20/19

_____
Executing officer's signature

K. WILDMAN ATF TFO
Printed name and title

AUSA: Nare:sks

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

2:19MJ00548

# Receipt for Property and Other Items

| Page 2 of 1 | Case/Inspection Number 784055-18-0029 | Case/Inspection Title OCHOA | Office Santa Ana I |
|---|---|---|---|
| Taken from: (name, title, address, if appropriate) 8308 Morrill Ave, Whittier, CA / OCHOA, Robert DOB 8/6/93 | | | Recipient: (name, title, address, if appropriate) ATF |
| Location of Transfer or Seizure: Same as above | | | Basis for Transfer or Seizure of Items: Federal Search Warrant |

| Amount or Quantity | Description of Item(s) |
|---|---|
| #(1) Clear Plastic Baggy | Baggy containing multiple baggies that contain possible methamphetamine found in garage on workbench located in middle of garage. |
| #(2) Assorted Ammo | Clear baggy containing assorted ammunition found in garage in the area of the 1-2 corner on workbench |
| #(3) Mail to Ochoa | One piece of mail addressed to Robert Ochoa 8308 Morrill Ave Whittier, CA 90606 from "Kabbage" — Found in green grocery bag next to gun safe 3-4 corner |
| #(4) Business Cards | Plastic bag w/ business cards that read "HEAVYY Clothing, Robert Ochoa 562-447-7158" found on workbench at 1-2 corner |
| #(5) Clear Plastic Baggy | Baggy containing possible methamphetamine found in garage at 3-4 corner in gun safe |
| #(6) Black Digital Scale | Black Digital Scale w/ possible methamphetamine residue found in center of garage |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: (signature) OCHOA, Lisa DOB 3/9/63    Date 2/20/19
Transferred by: (signature, if appropriate) S/A Jim Sanders   Date 2/20/19
Witnessed by: (signature)  #1657   Date 2/20/19

U.S. GOVERNMENT PRINTING OFFICE: 2009-349-461/41101

ATF Form 3400.23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

2:19MJ00548

# Receipt for Property and Other Items

| Page 2 of 2 | Case/Inspection Number 784055-19-0026 | Case/Inspection Title OCHOA | Office SANTA ANA |
|---|---|---|---|

Taken from: *(name, title, address, if appropriate)*
8308 MORRILL AVE.
WHITTIER, CA 90606
OCHOA, ROBERT
DOB 8/6/93

Recipient: *(name, title, address, if appropriate)*
ATF

Location of Transfer or Seizure
SAME AS ABOVE

Basis for Transfer or Seizure of Items:
FEDERAL SEARCH WARRANT

| Amount or Quantity | Description of Item(s) |
|---|---|
| (6) Con't | 7 on printing table (silk screen) |

S/A J. SANDERS

I hereby acknowledge receipt of the above item(s) into my custody.
Received by: *(signature)*   X _____  OCHOA, LISA 3/9/63   Date 2/20/19
Transferred by: *(signature, if appropriate)*   Date 2/20/19   Witnessed by: *(signature)* _____ #1657   Date 2/20/19

GPO U.S. GOVERNMENT PRINTING OFFICE: 2009-349-461/41101

ATF Form 3400. 23
Revised March 2005